UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

V.R.

    Plaintiff

v.

PAMELA JO BONDI,
U.S. Attorney General,

KRISTI NOEM,
Secretary of Department of Homeland Security

SIRCE OWEN,
Acting Director for Executive Office of
Immigration Review,

TODD LYONS
Acting Director
U.S. Immigration and Customs Enforcement

    Defendants.

CIVIL ACTION NO. 3:25-cv-2131 (SFR)

January 22, 2026

STATUS REPORT

The undersigned gives notice to the Court that Friday evening, after posting a $7,500.00 bond in the morning, V.R. was released from ICE Custody. Volunteers in Louisiana met her at the detention facility and have housed her in Louisiana while she awaits a flight to Hartford, Connecticut. Because of flight cancellations, she was not able to travel on Saturday or Sunday. It is hoped that she will make a flight, today, and be in Connecticut by this afternoon or early this evening. It is important to note that ICE reserved appeal on both the bond and the termination of her removal proceedings.

The undersigned believes that the parties should conference to discuss what issues may remain to be decided by the Court. In addition, a prudent course of action for the parties would be

- 1 -

to jointly move for a temporary stay of proceedings during the appeal periods, await a determination of deferred action, and then to decide what, if any, matters remain before the Court. In this regard, the undersigned will reach out to the Government today and seek their position on a motion for a temporary stay of proceedings  and to conference on the outstanding issues, if any, to be decided by this Court.

Counsel and V.R. appreciate the Court's patience with the multiple changes to its briefing schedule.

Respectfully Submitted,

/s/ *Glenn L. Formica*

Glenn L. Formica, Ct21053
Formica, P.C., Pro Bono
195 Church Street, Floor 11
New Haven, Connecticut 06510
Telephone: (203) 787-1946
Facsimile: (203) 787-6766
gformica@formicalaw.com

/s/ Matthew S. Blumenthal

Matthew S. Blumenthal, Esq. (ct30448)
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL: 203-336-4421
FAX: 203-368-3244
mblumenthal@koskoff.com

*/s/ Steven R. Strom*
Steven R. Strom, Ct01211.
Pro Bono Attorney for Plaintiff
151 Livingston St.
New Haven, CT 06511
Tel: 203-804-3683
Email: strom@snet.net

- 3 -

## CERTIFICATION

I hereby certify that on December 19, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

_____/s/_____
Glenn L. Formica
Attorney for Petitioner